**FILED**

OCT 1 1 2007

CQ-386-online
10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | |
|---|---|
| Dhruv Varma, SRC-06-183-53578 and Vasucorp, Inc. <br><br> vs          Plaintiff <br><br> MICHAEL CHERTOFF, et al. <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil /  Case: 1:07-cv-01841 <br> Assigned To : Friedman, Paul L. <br> Assign. Date : 10/11/2007 <br> Description: Admn. Agency Review |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Dhruv Varma and Vasucorp, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Vasucorp, Inc.  which have any outstanding securities in the hands of the public:

Vasu Tech Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

458859

BAR IDENTIFICATION NO.

R. Scott Oswald

Print Name

888 17th Street, NW, Suite 900

Address

| Washington | DC | 20006 |
|---|---|---|
| City | State | Zip Code |

(202) 331-2883

Phone Number

2