UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DHRUV VARMA, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF,, Secretary, )<br>Department of Homeland Security, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1841 (PLF) |

## ORDER

On October 11, 2007, plaintiffs filed a complaint for a writ of mandamus in this Court. Local Civil Rule 5.1(e)(1) requires that "[t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." Plaintiff's complaint does not. Accordingly, it is hereby

ORDERED that on or before November 15, 2007, plaintiffs file an amended complaint that includes in the caption plaintiffs' full addresses.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 16, 2007