AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/13/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| R. Scott Oswald/Gabriel D. Santos | Attorney for Dhruv VARMA/Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Sent via Certified Mail on 10/13/2007.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $6.45 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/30/07
Date

Signature of Server

888 17th St. NW, Ste. 900, Washington DC
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

The Employment Law Group, PC
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006-3307

Attn: Gabriel D. Santos

VARMA, Dhruv: Service of Summons

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Emilio T. Gonzales, PhD
   Director of the U.S. Citizenship
   and Immigration Services
   c/o Office of the General Counsel
   U.S. Department of Homeland Sec
   Washington, DC 20528

   7004 1160 0002 3972 5609

2. Article Number
   (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   DHS

C. Date of Delivery
   10-24-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10/29/2007 |
| NAME OF SERVER (PRINT) R. Scott Oswald/Gabriel D. Santos | TITLE Attorney for Dhruv VARMA/Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Sent via Certified Mail on 10/29/2007

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $6.45 | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/30/07
             Date                Signature of Server

                                 888 17th St. NW, Ste 900, Washington DC
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006

Gabe Santos    Re: Varma

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): DHS    C. Date of Delivery: 11-9-07 |
| 1. Article Addressed to:<br>Emilio Gonzalez<br>Director of U.S. Citizenship and immigration services<br>c/o office of the General Counsel<br>U.S. Department of Homeland Security<br>Washington, DC 20528 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7004 1160 0002 3972 5647 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540