AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10/13/2007 |
| NAME OF SERVER *(PRINT)* R. Scott Oswald / Gabriel D. Santos | TITLE Attorney for Dhruv Varma / Legal Assistant |

*Check one box below to indicate appropriate method of service*

- G  Served personally upon the defendant. Place where served: _____

- G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- G  Returned unexecuted: _____

- G  Other (specify): Sent via certified mail on 10/13/2007.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $6.45 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/30/07
             Date

Signature of Server

888 17th St. NW, Ste 900, Washington DC
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006

Attn: Gabriel Varma

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Chertoff
Secretary of Department of
Homeland Security
c/o Office of the General Counsel
U.S. Department of Homeland Sec.
Washington, D.C. 20528

7004 1160 0002 3972 5616

2. Article Number
   (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  OCT 2 6 2007

*ACCEPTED IN OFFICIAL CAPACITY ONLY*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 10/29/2007 |
| NAME OF SERVER *(PRINT)* R. Scott Oswald/Gabriel D. Santos | TITLE Attorney for Dhruv VARMA/Legal Assistant |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served: _____

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): Sent via certified mail on 10/29/2007

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $6.45 | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/30/07
Date

Signature of Server

888 17th St. NW Ste. 900 Washington DC
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006

Gabe Santos   Re: Varma

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Chertoff
   Secretary
   Homeland Security
   c/o Office of the General Counsel
   U.S. Department of Homeland Security
   Washington, DC 20528

2. Article Number (Transfer from service label)
   7004 1160 0002 3972 5630

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  NOV 9 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

   SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540