UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DHRUV VARMA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security, et al., ) <br> ) <br> Defendants. ) <br> ) | Case Number: 1:07CV1841(PLF) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned matter.

Dated: December 18, 2007            Respectfully submitted,


                                    /s/ Robin M. Meriweather
                                    ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                    Assistant United States Attorney
                                    555 Fourth St., N.W.
                                    Washington, D.C. 20530
                                    Phone: (202) 514-7198
                                    Fax: (202) 514-8780
                                    Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of December, 2007, I caused the foregoing Notice of Appearance to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiffs by first-class mail, postage prepaid, addressed as follows:

R. Scott Oswald, Esq.
The Employment Law Group PC
888 17th Street NW, Suite 900
Washington, DC 20006