UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DHRUV VARMA, et al., ) | |
|  ) | |
| Plaintiffs, ) | |
|  ) | |
| v. ) | Case Number:  1:07CV1841(PLF) |
|  ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security, et al., ) | |
|  ) | |
| Defendants. ) | |
|  ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff et al., through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiffs' Complaint, making Defendants' Answer due January 22, 2008.  Defendants' answer currently is due December 21, 2007.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiffs in an effort to obtain Plaintiffs' position on this motion, and Plaintiffs consent to the enlargement.

This is an immigration case, arising out of a Form I-140 immigrant petition for alien worker filed by Plaintiff Vasucorp, Inc. on behalf of Plaintiff Dhruv Varma.  Plaintiffs' mandamus complaint asks the Court to order Defendants to complete the adjudication of the I-140.

Defendants wish to answer the complaint expeditiously.  However, to prepare an answer, or otherwise respond to Plaintiffs' complaint, the undersigned must consult with the Department of Homeland Security concerning Plaintiff's factual allegations, the status of the I-140, any other

relevant information concerning Plaintiffs that may be in Defendants' files, and the facts that support any defense Defendants may raise. Counsel for Defendants needs additional time to complete that factual investigation and review of the record, and to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiffs' Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: December 18, 2007                    Respectfully submitted,


                                            /s/
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                            /s/
                                            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney


                                            /s/ Robin M. Meriweather
                                            ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                            Assistant United States Attorney
                                            555 Fourth St., N.W.
                                            Washington, D.C.  20530
                                            Phone: (202) 514-7198
                                            Fax: (202) 514-8780
                                            Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

R. Scott Oswald, Esq.
The Employment Law Group PC
888 17th Street NW, Suite 900
Washington, DC 20006

　　　　　　　　　　　　　　　　　　　　　　/s/   *Robin M. Meriweather*
　　　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DHRUV VARMA, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case Number: 1:07CV1841(PLF) |
| MICHAEL CHERTOFF, Secretary, ) Department of Homeland Security, et al., ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to File Answer, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants shall must submit an Answer or otherwise respond to Plaintiff's Complaint by January 22, 2008.

SO ORDERED.

_____
United States District Judge