UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DHRUV VARMA, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case Number: 1:07CV1841(PLF) |
| | ) |
| **MICHAEL CHERTOFF, Secretary,** | ) |
| **Department of Homeland Security, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## PRAECEPE OF RULE 41 DISMISSAL

The Clerk of the Court will please note the dismissal, with prejudice, of all claims in this matter brought by Plaintiff, Dhruv Varma. Counsel for Plaintiff hereby stipulates and agrees to such dismissal with prejudice, each side to bear their own fees and costs.

SO ORDERED:

_____
United States District Judge

THE EMPLOYMENT LAW GROUP, PC


_____/s/_____
R. Scott Oswald
888 17th Street NW, Suite 900
Washington, DC 20006
(202) 261-2806
(202) 261-2835 (fax)
soswald@employmentlawgroup.net